UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-17792 JHW

Debtor: Maria R. Melendez

| Check Number | Creditor | Amount |
|---|---|---|
| 1679657 | Countrywide Home Loans, Inc. | 1,746.39 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: January 12, 2010